IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEE GRAY,

    Petitioner,               No. CIV S-05-0471 MCE KJM P

    vs.

D.L. RUNNELS,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        The application attacks a guilty plea entered in the Superior Court of Alameda County. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), the probable witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Northern District of California.
3  DATED: December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
gray0471.108